UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSE M. ARTEAGA, et al.,<br>    Plaintiffs,<br><br>    v.<br>WACHOVIA MORTGAGE<br>CORPORATION, et al.,<br>    Defendants.<br>_____/ | No. C 12-1370 SC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      September 11, 2012<br>Mediator:  Stephen Schrey |

IT IS HEREBY ORDERED that the request to allow defendant Wells Fargo Bank, N.A.'s representative, Johnathan Collins, to appear telephonically the September 11, 2012, mediation session before Stephen Schrey is GRANTED.  Mr. Collins shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

August 28, 2012                By: _____
Dated                                  Donna M. Ryu
                                       United States Magistrate Judge

[Stamp: GRANTED — Judge Donna M. Ryu — United States District Court, Northern District of California]