UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOSE M. ARTEAGA, et al.,<br>    Plaintiffs, | No. C 12-1370 SC |
| v.<br>WACHOVIA MORTGAGE<br>CORPORATION, et al.,<br>    Defendants.<br>_____/ | **ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      September 11, 2012<br>Mediator:  Stephen Schrey |

IT IS HEREBY ORDERED that the request to allow defendant Wells Fargo Bank, N.A.'s representative, Johnathan Collins, to appear telephonically the September 11, 2012, mediation session before Stephen Schrey is GRANTED.  Mr. Collins shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

August 28, 2012                    By:  _____
Dated                                    Donna M. Ryu
                                         United States Magistrate Judge

