IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. ARTEAGA and MARIA D. ARTEAGA, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., a/k/a WACHOVIA MORTGAGE, REGIONAL TRUSTEE SERVICES CORPORATION, and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No. 12-1370-SC <br><br> ORDER TO SHOW CAUSE RE: <u>SANCTIONS</u> |

On August 31, 2012, the Court held a status conference in the above-captioned matter. Defendant's counsel of record was present. Plaintiffs' counsel of record, Laura Furuta, sent another attorney in her place. That attorney entered a special appearance and, when questioned by the Court, admitted to having incomplete knowledge of the case. Ms. Furuta's failure to appear thus made the status conference a waste of time for both the Court and defense counsel. The status conference is hereby RESCHEDULED for Friday, September 7, 2012. Ms. Furuta shall appear personally.

Additionally, Ms. Furuta is ORDERED TO SHOW CAUSE why she should not be subject to sanctions for her failure to appear at the scheduled August 31 status conference. The Order to Show Cause

hearing shall be held concurrently with the September 7 status conference.  Ms. Furuta's failure to appear in person may result in dismissal of her clients' case.

Defense counsel shall bring to the Order to Show Cause hearing an itemization of the costs they incurred in preparing for and appearing at the August 31 status conference.  Ms. Furuta may be personally subject to payment of those costs as part of her sanction.

Counsel shall report for the status conference and Order to Show to Cause hearing at 10:00 a.m. on Friday, September 7, 2012, in Courtroom One, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

Dated: August 31, 2012

UNITED STATES DISTRICT JUDGE