UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE M. ARTEAGA, an individual; and MARIA D. ARTEAGA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation; REGIONAL TRUSTEE SERVICES CORPORATION, a California entity form unknown; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 3:12-CV-01370-SC<br><br>[The Honorable Samuel Conti]<br><br>**ORDER RE SANCTIONS AND DISMISSAL**<br><br>Date: November 15, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1 |

The Status Conference and Order to Show to Cause Re: Sanctions came on regularly for hearing on November 15, 2012 at 10:00 a.m. in Courtroom 1 of the above-captioned Court, the Honorable Samuel Conti presiding.

The Court finds as follows:

1. On August 31, 2012 this Court issued an Order to Show Cause why Plaintiff's counsel, Laura Furuta, should not be subject to sanctions for her failure to appear

1     at the scheduled August 31, 2012 status conference.

2   2.   Having failed to appear at the Order To Show Cause hearing, Plaintiffs' counsel, Laura Furuta of JP Law, is ordered to pay $569.99 in costs and $344.50 attorney fees to Wells Fargo's counsel, Anglin Flewelling Rasmussen Campbell and Trytten LLP, and;

6   3.   The case is dismissed in its entirety.

**ACCORDINGLY, IT IS HEREBY ORDERED.**

Dated: Nov. 30, 2012

*[signature: Samuel Conti]*

HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE